UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS NEGRETE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>K. PROSPER, Warden,<br><br>　　　　Respondent. | Case No. CV 06-7834-CJC (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying
3  the Petition and dismissing this action with prejudice.
4
5  DATED: January 16, 2008
6  HONORABLE CORMAC J. CARNEY
   United States District Judge
7
8  Prepared by:
9
10
   HONORABLE OSWALD PARADA
11 United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28